**Electronically Filed
Supreme Court
SCWC-14-0000895
03-MAR-2016
09:52 AM**

SCWC-14-0000895

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————————————————————

BRELIE GAIL BALON TUMANENG, Petitioner/Plaintiff-Appellant,

vs.

BRIXON ANDRES TUMANENG, Respondent/Defendant-Appellee.

———————————————————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000895; FC-D NO. 12-1-7982)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant Brelie Gail Balon Tumaneng's application for writ of certiorari filed on January 22, 2016, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, March 3, 2016.

Charles H. Brower
for petitioner

Richard J. Diehl
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

